# Court of Appeals, State of Michigan

## ORDER

People of MI v James Connelly Dixon III

Docket No.    316341

LC No.        12-011921 FH

Joel P. Hoekstra
Presiding Judge

Kurtis T. Wilder

Karen M. Fort Hood
Judges

The Court orders that the September 11, 2014 opinion is hereby AMENDED. The opinion contained the following clerical error: On page 4, the fifth line from the top, the number for footnote 2 shall be deleted, and footnote 3 on the third line of the last paragraph shall be amended to be footnote 2.

In all other respects, the September 11, 2014 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 2 6 2014

Date

Chief Clerk